In The United States District Court
Eastern District Of Missouri

Charles Lee Thornton, Plaintiff,

                                                      Cause No:

Vs.

City of Kirkwood et.al.,
Defendants.

                Complaint Seeking for Temporary Restraining Order Without
                Notice, And Preliminary and Permanent Injunction.

Plaintiff alleges:

1. Plaintiff, Charles Lee Thornton, is a United States Citizen, 351 Attucks St., Kirkwood Missouri, 63122.

2. Defendants, City of Kirkwood, is a Municipality in the St. Louis, County of Missouri, 139 South Kirkwood Road, Kirkwood Missouri, 63122.

3. Matter involves Content Speech Based Discrimination. Accordingly, this Court has jurisdiction pursuant to Amendment 1 U.S Constitution. Venue is proper under Rule 3—2.07(A)(1) Divisional Venue.

4. On or about May 18,2006 and June 15, 2006, the City of Kirkwood did Willfully and Wrongfully, interrupt Plaintiff based solely on the content of Plaintiff's non law breaking speech, during 2 (two) City meetings, forced to stop speaking, handcuffed and forcefully removed from the meetings and charged with Disorderly conduct. These actions were taken

1

only after 5 (five) Seconds of speaking during a NO TIME LIMIT SPEAKING, Public Hearing section, and only after 3 (three) Seconds during a 3 (three) MINUTE TIME LIMIT, Public Comment section. On both occurrences, Plaintiff followed proper protocol and was called to present by the Mayor in charge.

5. These actions by the City of Kirkwood Officials have caused a Chilling effect on Plaintiff's free speech. The Right to Redress Grievances In addition, Plaintiff's Rights to Life, Liberty and the pursuit of Happiness, should not be denied by these City Officials.

6. By reason of defendant's actions, Plaintiff has suffered and will continue to suffer extreme hardship and actual and impending irreparable Humiliation in his Character of a Positive community role model, which now stands destroyed.

7. Plaintiff has no adequate or speedy remedy at law for the above-mentioned conduct of defendant for the reason that January 18, 2007 is the upcoming meeting In addition, the Circuit Court of St. Louis County, Denied the complaint in an attempt to notify the opposing party, and this action for injunctive relief is Plaintiff's only means for securing relief.

WHEREFORE, plaintiff requests that this court:

1. Issue a temporary restraining order without notice and a preliminary Injunction pursuant to Rule 65, Federal Rules of Civil Procedure, ordering defendant, City of Kirkwood, its officers, agents, employees, successors, attorneys, and all those in active concert or participation with them to refrain immediately and pending the final hearing and determination of this action from interrupting, stopping plaintiff from speaking, handcuffing, arresting In addition, violating any other civil rights allowed a citizen of the United States of America, during City of Kirkwood meetings.

2. Issue a permanent injunction perpetually enjoining and restraining defendant, City of Kirkwood, its officers, agents, employees, successors, attorneys, and all those in active concert or participation with them from any and all specified conducts as stated in the TRO and preliminary injunction above.

3. Award to plaintiff its cost and for such other and further relief as this Court deems just and proper under the laws of this State and circumstances presiding over for justice. Date: January 18, 2007.

Respectfully submitted
Charles Lee Thornton  Pro Se.
351 Attucks St.
Kirkwood, Mo. 63122

3

## VERIFICATION

I, Charles Lee Thornton, Plaintiff in the above-entitled action, being first duly sworn, state that I have read and subscribed to the foregoing complaint, and that the facts set forth therein are true and correct.

*Charles Lee Thornton*
Charles Lee Thornton

Subscribed and sworn to before me on 18 January 2007

*Erin Goleaner - Notary Public*
Signature and title

> ERIN GOLEANER
> Notary Public - Notary Seal
> State of Missouri, Saint Louis City
> Commission # 05745412
> My Commission Expires Jul 24, 2009