In The Circuit Court Of St. Louis County
State Of Missouri

Charles Lee Thornton, Plaintiff,

Vs.                                    Cause No:

City of Kirkwood ET.AL.,               Division
Defendants.

Complaint Seeking Preliminary Injunction Without Notice.

If Plaintiff is required to give Defendant notice of the application for preliminary injunction, it would cause a delay in issuance of the preliminary injunction of at least 15 days, and by reason of this delay, Plaintiff will suffer irreparable damage for the reason that the City of Kirkwood did willfully and wrongfully interrupt Plaintiff from speaking during 2 (two) previous City Council Meetings. Plaintiff was forced to stop speaking, handcuffed and forcefully removed from the meetings. These actions were taken only after 5 (five) SECONDS of speaking during a no speaking time limit Public Hearing Meeting and only after 3 (three) SECONDS during a 3 (three) Minute time limit Public Comment section. Both times, Plaintiff followed protocol and was called to present by the Mayor in charge. The Right to Redress Grievances In addition, Plaintiff's Rights to Life, Liberty and the pursuit of

1

Happiness, should not be denied by these City Officials. Only a Preliminary Injunction Without Notice would prevent the City of Kirkwood, Mayor, City Council, City Administrator, City Attorney, Chief of Police and with their associates, from being more creative in their arresting techniques, of my Missouri and United States Constitutional Right to speak at these meetings. This will allow the City of Kirkwood to conduct the City's Business as usual, without Further damage of Humiliation, and Cost, and Mental Anguish caused to Plaintiff during the Public Hearing section and Public Comment section on this upcoming meetings on January 18, 2007.

WHEREFORE, Plaintiff respectfully request this Honorable Court enter judgment in Plaintiff's favor, and grant this Preliminary Injunction Without Notice and for such other and further relief as this Court deems just and proper under the laws of this State and circumstances presiding over for justice.

Respectfully submitted

*Charles Lee Thornton*
Charles Lee Thornton
Plaintiff, Pro Se.
DATE: 1-16-07

2

# In the
# CIRCUIT COURT
## of St. Louis County, Missouri



Plaintiff(s) _____

vs.

Defendant(s) _____

Date _____

Case Number _____

Division 33

For File Stamp Only

# FILED

JAN 16 2007

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

Order

Plaintiff's Complaint seeking preliminary injunction without notice is denied as the Court finds that notice of the same must be given to the opposing party.

**SO ORDERED**

Judge _____ 1/16/07

**ENTERED:** _____ (Date)

Attorney _____ Bar No.

Address _____

Phone No. _____

Attorney _____ Bar No.

Address _____

Phone No. _____

CCOPR47 Rev. 5/95