In The United States District Court
Eastern District Of Missouri

Charles Lee Thornton, Plaintiff,

Cause No:

Vs.

City of Kirkwood et.al.,
Defendants.

Complaint Seeking for Temporary Restraining Order Without Notice, And Preliminary and Permanent Injunction.

Plaintiff alleges:

1. Plaintiff, Charles Lee Thornton, is a United States Citizen, 351 Attucks St., Kirkwood Missouri, 63122.

2. Defendants, City of Kirkwood, is a Municipality in the St. Louis, County of Missouri, 139 South Kirkwood Road, Kirkwood Missouri, 63122.

3. Matter involves Content Speech Based Discrimination. Accordingly, this Court has jurisdiction pursuant to Amendment 1 U.S Constitution. Venue is proper under Rule 3—2.07(A)(1) Divisional Venue.

4. On or about May 18, 2006 and June 15, 2006, the City of Kirkwood did Willfully and Wrongfully, interrupt Plaintiff based solely on the content of Plaintiff's non law breaking speech, during 2 (two) City meetings, forced to stop speaking, handcuffed and forcefully removed from the meetings and charged with Disorderly conduct. These actions were taken

1