**COURTROOM MINUTE SHEET**

CAUSE NO.   **4:07CV79 CDP**                              DATE:   **1/18/07**

JUDGE:      **Catherine D. Perry**

COURT REPORTER: **T. Hopwood**

DEPUTY CLERK:   **M. Berg**

                    **Charles Lee Thornton**
                            vs.
                    **City of Kirkwood**

ATTY(S) FOR PLTF(S)     **Charles Thornton (pro se)**

ATTY(S) FOR DEFT(S)

                    **DEFT PRESENT**

**PARTIES PRESENT FOR** hearing on Plaintiff's Motion for Temporary Restaining Order (without notice).  Plaintiff heard.  The Court denies the motion without notice and without prejudice and resets this hearing for 2:30 this afternon.

**WITNESSES:**

**ATTY(S) PRESENT:**

**COURTROOM TIME:**   **1:08 p.m. - 1:20 p.m.**