COURTROOM MINUTE SHEET

CAUSE NO.   4:07CV79 CDP                              DATE:   1/18/07

JUDGE:      Catherine D. Perry

COURT REPORTER: T. Hopwood

DEPUTY CLERK:   M. Berg

                        Charles Lee Thornton
                                vs.
                        City of Kirkwood

ATTY(S) FOR PLTF(S)       Charles Thornton (pro se)
ATTY(S) FOR DEFT(S)       John Hessel
                          DEFT PRESENT

PARTIES PRESENT FOR cont'd Motion for Temporary Restraining Order (doc. #2). Parties heard.  The Court denies the request for Temporary Restraining Order. Plaintiff shall proceed with service of the deft.  Order to follow.

WITNESSES:

ATTY(S) PRESENT:

COURTROOM TIME:   2:30 p.m. - 3:10 p.m.