UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES LEE THORNTON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Case No. 4:07CV79CDP |
| CITY OF KIRKWOOD MISSOURI, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

For the reasons stated on the record during today's hearing,

**IT IS HEREBY ORDERED** that the motion for temporary restraining order without notice [#2] is denied.

*[signature]*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of January, 2007.