RECEIVED
JAN 23 2007
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

In The United States District Court
Eastern District of Missouri

Charles Lee Thornton, Plaintiff,

Cause No: 4:07CV0079-CDP

Vs.

City of Kirkwood et.al.,
Defendants.

Request for bench trial.

Plaintiff comes requesting a change from a jury trial, to a bench trial.

Respectfully submitted

*Charles Lee Thornton*

Charles Lee Thornton
351 Attucks St.
Kirkwood, Mo. 63122
Date: 1-23-07

Cc: City of Kirkwood