RECEIVED

JAN 3 0 2007

U. S. DISTRICT COURT
EASTERN DISTRICT OF
ST. LOUIS

Charles Lee Thornton
vs.

City of Kirkwood

No. 4:07CV0079-CDP

**United States District Court**

Eastern District of Missouri

January 30, 2007

**MEMORANDUM FOR CLERK**

I, Charles Lee Thornton requesting the issuance of summons on the City of Kirkwood

*Charles Lee Thornton*

Plaintiff