RECEIVED
JAN 30 2007
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Charles Lee Thornton,
          Plaintiff(s),

v.                                  Case No. 4:07CV0079-CDP

City of Kirkwood,
          Defendant(s).

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiff__ and notifies the court of the intent to use
(Plaintiff or ~~Defendant~~)

__Harry Ming__
(name and address of process server)
__322 Alsobrook St__
__Kirkwood, Mo. 63122__

To serve: __City of Kirkwood__
__139 S. Kirkwood Rd.__
__Kirkwood Mo. 63122__ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

__1-30-2007__                           __Charles Lee Thornton__
(date)                                  (~~attorney for~~ Plaintiff)

                                        _____
                                        (attorney for Defendant)