UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| CHARLES LEE THORNTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV0079-CDP |
| | ) | |
| CITY OF KIRKWOOD, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S ANSWER AND AFFIRMATIVE AND ADDITIONAL DEFENSES TO PLAINTIFF'S "COMPLAINT"

COMES NOW Defendant the City of Kirkwood (hereinafter, "Kirkwood" or "Defendant"), by and through its undersigned counsel, and for its Answer to Plaintiff Charles Lee Thornton's (hereinafter, "Plaintiff") "Complaint,"[1] states as follows:

1. Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 1 of Plaintiff's Complaint and, therefore, denies the same.

2. Defendant admits that it is a municipality located in St. Louis County, Missouri.

---

[1] On or about January 18, 2007, Plaintiff filed both: (1) a four page pleading titled "Complaint Seeking for Temporary Restraining Order without notice, and Preliminary and Permanent Injunction;" and (2) a one page pleading also titled "Complaint Seeking for Temporary Restraining Order without Notice and Preliminary and Permanent Injunction" (which was simply the first page of the four page pleading). According to the docket entries on the web site for the United States District Court for the Eastern District of Missouri, the four page pleading serves as the Complaint and the one page pleading serves as the Motion for Preliminary Injunction and Motion for Temporary Restraining Order.

The instant pleading is filed in response to the Complaint, the four page duplicative pleading. A hearing on Defendant's Motion for Temporary Restraining Order was previously held on January 18, 2007, and this Court denied same.

Thornton v. City of Kirkwood    Doc. 10

Dockets.Justia.com

3. Defendant admits that Plaintiff purports to file this claim on the basis of "Content Speech Based Discrimination." However, Defendant specifically denies that it is liable to Plaintiff on this legal basis, or for any other reason set forth in the Complaint (or other pleadings filed by Plaintiff with this Court). Defendant further states that Local Rule 3-2.07(A)(1) of the United States District Court for the Eastern District of Missouri is a local rule regarding the counties composing the Eastern District. Unless specifically admitted herein, Defendant denies all additional allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. Defendant denies all allegations contained in Paragraph 4 of Plaintiff's Complaint.

5. Defendant denies all allegations contained in Paragraph 5 of Plaintiff's Complaint.

6. Defendant denies all allegations contained in Paragraph 6 of Plaintiff's Complaint.

7. Defendant denies all allegations contained in Paragraph 7 of Plaintiff's Complaint.

## AFFIRMATIVE AND ADDITIONAL DEFENSES

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

Plaintiff's Complaint fails to adequately allege facts that establish the jurisdiction of this Court.

## THIRD DEFENSE

Defendant is not liable for any of the alleged actions articulated in Plaintiff's Complaint by virtue of the doctrines of absolute immunity, official immunity, sovereign immunity, governmental immunity, and/or qualified immunity.

## FOURTH DEFENSE

Defendant has authority under the laws of Missouri to enforce its municipal ordinances and policies for the benefit of its residents within its territorial boundaries.

## FIFTH DEFENSE

Plaintiff's claims are barred by the doctrine of latches, waiver and/or estoppel.

## SIXTH DEFENSE

Plaintiff's claims are moot and/or are barred by the doctrines of res judicata and/or collateral estoppel.

WHEREFORE, having fully answered Plaintiff's "Complaint," Defendant the City of Kirkwood respectfully requests that this Court dismiss Plaintiff's Complaint, award it its costs herein, and award such further other relief as this Court deems just and proper under the circumstances.

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By: /s/ John M. Hessel
John M. Hessel, #3390
Jami L. Boyles, #19903
500 North Broadway, Suite 2000
St. Louis, MO 63102
Direct Phone: (314) 444-7723
Direct Fax: (314) 612-7723
Company Phone: (314) 444-7600
Company Fax: (314) 241-6056

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 21st day of February, 2007, a true and correct copy of the foregoing document was served via U.S. Mail, first class postage prepaid, to the following:

Charles L. Thornton
351 Attucks Street
Kirkwood, MO 63122

/s/ John M. Hessel