UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CHARLES LEE THORNTON,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF KIRKWOOD,<br><br>    Defendant. | Case No. 4:07CV0079-CDP |

## ENTRY OF APPEARANCE

COMES NOW Jami L. Boyles of the law firm of Lewis, Rice & Fingersh, L.C. and hereby enters her appearance as counsel of record on behalf of Defendant the City of Kirkwood in the above-captioned matter.

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By:   /s/ Jami L. Boyles
       John M. Hessel, #3390
       Jami L. Boyles, #19903
       500 North Broadway, Suite 2000
       St. Louis, MO 63102
       Direct Phone: (314) 444-7723
       Direct Fax: (314) 612-7723
       Company Phone: (314) 444-7600
       Company Fax: (314) 241-6056

Attorneys for Defendant

Thornton v. City of Kirkwood     Doc. 12

1360730.1

Dockets.Justia.com

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this 26th day of February, 2007, a true and correct copy of the foregoing document was served via U.S. Mail, first class postage prepaid, to the following:

Charles L. Thornton
351 Attucks Street
Kirkwood, MO 63122

                 /s/ Jami L. Boyles