RECEIVED

MAR 1 5 2007

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

IN THE UNITED STATES DIRSTICT COURT
EASTERN DISTRICT OF MISSOURI

Charles Lee Thornton, Plaintiff,

Cause No: 4:07CV0079-CDP

Vs.

City of Kirkwood, Defendants.

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff Charles Lee Thornton requests, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, leave to amend its Complaint. A copy of the Amended Complaint is attached hereto. In support of this motion, Charles Lee Thornton separately files its memorandum in support.

Respectfully submitted,

By _____
Charles Lee Thornton, Pro Se
351 Attucks St.
Kirkwood Mo. 63122
(314) 486-6471

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon Jami L. Boyles of Lewis, Rice & Fingersh, L.C., 500 North Broadway, Suite 2000 St. Louis, Missouri 63102 by U.S. Mail, postage prepaid, on this 15th day of March, 2007