IN THE UNITED STATES DIRSTICT COURT
EASTERN DISTRICT OF MISSOURI

Charles Lee Thornton, Plaintiff,

Cause No: 4:07CV0079-CDP

Vs.

City of Kirkwood, Defendants.

## ORDER

Upon consideration of plaintiff's motion to amend and finding it has merit, the motion is GRANTED. The Amended Complaint attached to plaintiff's motion shall forthwith be filed in the clerk's office.

So ORDERED this _____ day of _____, 2007

_____
Honorable Catherine D. Perry
United States District Judge