# LEWIS, RICE & FINGERSH, L.C.

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
ST. LOUIS, MISSOURI 63102-2147
WWW.LEWISRICE.COM
JHESSEL@LEWISRICE.COM

JOHN M. HESSEL
DIRECT (314) 444-7735

TEL (314) 444-7600
FAX (314) 612-7735



March 26, 2007

Charles L. Thornton
351 Attucks Street
Kirkwood, MO 63122

RE:   **Charles L. Thornton v. City of Kirkwood**

Dear Mr. Thornton:

    I am writing to demand that you provide the basis and grounds for the factual and legal allegations that are contained in your recently filed Motion for Leave to Amend Complaint, Memorandum in Support, and Amended Complaint. My client and I strongly believe that you lack a factual and legal basis for your claims against Defendant and the various other parties that you now seek leave to add as defendants to this lawsuit. Further, we believe that you have filed these pleadings for improper purposes, to harass Defendant, to cause unnecessary delay, and to increase litigation costs. At the Rule 16 "meet and confer" conference, you told me that you would add certain parties if Defendant refused to provide you with a minimum of $15,000,000.00, or took other actions to represent itself through counsel. As such, your representations to the Court in the Amended Complaint that certain of the proposed defendants' names were "mistakenly overlooked, causing ET. AL. to be removed on the original filing . . ." is false and misleading. You never mentioned these "missing parties" at the hearing on your Motion for Temporary Restraining Order.

    Under these circumstances and for all of the reasons set forth in the attachments to this letter, we believe sanctions may be appropriate under Rule 11 of the Federal Rules of Civil Procedure ("Rule 11").

    As is required under Rule 11, I am serving you with a Proposed Motion for Rule 11 Sanctions and Memorandum in Support. The Motion and Memorandum have not yet been filed with the Court. However, I intend to file the Motion and Memorandum in Support, or a substantially similar Motion and Memorandum in Support, if you do not withdraw or amend the

Thornton v. City of Kirkwood

Dockets.Justia.com

offensive pleadings, or otherwise set forth with specificity, your basis for the claims and allegations contained therein, within 21 days of this letter.

Sincerely,

John M. Hessel

JLB/pls

Attachments

cc: Jami L. Boyles (w/attchs.)