RULE 16 CONFERENCE MINUTE SHEET

CASE NO. 4:07CV79CDP          DATE: 3-30-07

Thornton
vs.
City of Kirkwood

JUDGE Perry

Attorney( ) for Plaintiff(X): Charles Thornton (pro se)

Attorney(X) for Defendant(X): John Hessel
Jamie Boyles

( ) TRACK _____
( ) COMPLETION OF ALL DISCOVERY BY: _____
( ) DISPOSITIVE MOTIONS BY: _____
( ) LENGTH OF TRIAL _____
( ) TRIAL SET _____
(At least 60 days after discovery/dispositive motions deadline)

Court Reporter: T. Hopwood present.

NOTES: Parties present for Rule 16 Conference hearing. Issues heard regarding Pltff's Motion for Leave to Amend Complaint [Doc. #13]. Motion denied on the record. Case to proceed on original complaint. Joint Proposed Scheduling Plan discussed. Case Management Order to follow.

Joyce M. Webb
Deputy Clerk

Commenced: 9:30 A.M.
Concluded: 10:06 A.M.