# LEWIS, RICE & FINGERSH, L.C.

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
ST. LOUIS, MISSOURI 63102-2147
WWW.LEWISRICE.COM
JBOYLES@LEWISRICE.COM

JAMI L. BOYLES
DIRECT (314) 444-7723

TEL (314) 444-7600
FAX (314) 612-7723

April 12, 2007

**VIA FACSIMILE and U.S. MAIL**

Charles L. Thornton
351 Attucks Street
Kirkwood, MO 63122

RE: **Charles L. Thornton v. City of Kirkwood**

Dear Mr. Thornton:

    Pursuant to the Scheduling Order, any Initial Disclosures were to be produced on April 9, 2007. Defendant, City of Kirkwood, produced its Initial Disclosures to you, via mail, on April 9th, but we have yet to receive your Initial Disclosures. Please consider this a good faith effort to resolve this discovery dispute, in accordance with Local Rule 3.04. If we do not receive your Initial Disclosures on or before Friday, April 13, 2007 at 2:00 p.m., we will be forced to file a Motion to Compel. Please produce the Initial Disclosures and corresponding documents immediately.

Sincerely,

Jami L. Boyles

JLB/pls

cc: John M. Hessel

**EXHIBIT A**

ST. LOUIS, MO • KANSAS CITY, MO • ST LOUIS COUNTY, MO • WASHINGTON, MO • JEFFERSON CITY, MO • BELLEVILLE, IL • OVERLAND PARK, KS
1363927.3
Thornton v. City of Kirkwood          Doc. 21 Att. 1
Dockets.Justia.com