UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| CHARLES LEE THORNTON, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:07CV0079-CDP |
| CITY OF KIRKWOOD, | ) ) ) | |
| Defendant. | ) | |

## PROPOSED ORDER

This matter is before the Court on Defendant City of Kirkwood's Motion to Compel. For the reasons set forth in Defendant's Motion to Compel, this Court hereby GRANTS Defendant's Motion to Compel. Plaintiff is ORDERED to produce his Initial Disclosures within three business days.

SO ORDERED:


Dated:_____          _____
                                  Honorable Catherine D. Perry

Thornton v. City of Kirkwood        Doc. 21 Att. 2

EXHIBIT B

13717511

Dockets.Justia.com