CONFIDENTIAL
Meeting Minutes
Council Work Session
June 1, 2006

**Present:**
Council Member Godi
Council Member Griffin
Council Member Lynch
Council Member McDonnell
Council Member Yuan
Mayor Swoboda
Chief Administrative Officer Mike Brown
City Attorney John Hessel
Assistant CAO Georgia Ragland
Public Information Officer Claire Budd

**Absent:**
Council Member Karr

*(ITEMS DISCUSSED IN THE CLOSED SESSION ARE INCLUDED ON THE FOLLOWING PAGES)*

## MOTION TO CLOSE THE MEETING

A motion was made by Council Member Griffin and seconded by Council Member McDonnell to close the meeting pursuant to Chapter 610 of the Missouri Open Meetings Law for the purpose of discussion with the City Attorney on legal matters.

Roll Call Vote as Follows:
| | |
|---|---|
| Council Member Godi | "Yes" |
| Council Member Griffin | "Yes" |
| Council Member Karr | Absent |
| Council Member Lynch | "Yes" |
| Council Member McDonnell | "Yes" |
| Council Member Yuan | "Yes" |
| Mayor Swoboda | "Yes" |

The meeting was closed.

## MOTION TO OPEN THE MEETING

A motion was made by Council Member Griffin and seconded by Council Member McDonnell to open the meeting.

Roll Call Vote as Follows:
| | |
|---|---|
| Council Member Godi | "Yes" |
| Council Member Griffin | "Yes" |
| Council Member Karr | Absent |
| Council Member Lynch | "Yes" |
| Council Member McDonnell | "Yes" |
| Council Member Yuan | "Yes" |
| Mayor Swoboda | "Yes" |

The meeting was opened.

*[Signature]*
Betty Montaño, CMC/MRCC
City Clerk

EXHIBIT A

KIRKWOOD
000004

## APPROVAL OF CLOSED SESSION MINUTES

Motion was made by Council Member Griffin and seconded by Council Member Lynch to approve the closed session minutes of November 3, 2005.

Roll Call Vote as Follows:
| | |
|---|---|
| Council Member Godi | "Yes" |
| Council Member Griffin | "Yes" |
| Council Member Karr | Absent |
| Council Member Lynch | "Yes" |
| Council Member McDonnell | Abstained |
| Council Member Yuan | Abstained |
| Mayor Swoboda | "Yes" |

## COOKIE THORNTON

Mr. Hessel was present to discuss with the council his research into the legality of banning Cookie Thornton from speaking at meetings or banning him completely from meetings. His research found that there are court decisions in the regard and he cannot recommend that this type of action take place. However, he believes that the council should consider motions reaffirming the guidelines previously established by the City Council concerning citizen comments and public hearings and to endorse the Mayor

**KIRKWOOD**
**000006**