
RECEIVED
APR 20 2007
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Charles Lee Thornton, Plaintiff,

Case No. 4:07CV79-CDP

Vs.

City of Kirkwood, Defendant.

### Plaintiff's Objections To Compel Motion

Plaintiff states:

1. On March 30, 2007 this Court entered a Case Management Order.

2. Pursuant to the Case Management Order, all parties were required to produce Initial Disclosures no later than April 9, 2007.

3. Defendant served its Initial Disclosure and accompanying documents via U.S. Mail to Plaintiff on April 9, 2007.

4. Plaintiff served its Initial Disclosure in and as accompanying documents titled: Motion For Joinder Of Parties And Amend Complaint; Memorandum In Support Of Plaintiff's Motion For Joinder Of Parties And Amend Complaint; and, Petition For Permanent Injunction, on April 9, 2007 to the Clerk of U.S. District Court Eastern District of Missouri, in person and upon Defendant via U.S. mail.

5. Plaintiff's Initial Disclosure was pursuant to Rule 26 (a)(1), as: Directing Defendants and the Court that the Initial Disclosure was the package of

1

Documents submitted April 9, 2007 upon the Clerk of the Court, and as indicated on Number 6 of the Petition For Permanent Injunction.

6. No where in Rule 26 does it say how an Initial Disclosure informing can not be presented as Plaintiff submitted. Maybe, its because no initial disclosure can ever be a complete disclosure in a case.

7. Plaintiff followed and submitted pursuant to all subparts of Rule 26 that applied. It is time now for specific Interrogatory requests.

WHEREFORE, Plaintiff prays that this Honorable Court will enter and dismiss Defendants' Motion To Compel, to allow the next section of this Court's action (Interrogatories) to commence, for Justice.

Respectfully Submitted,

By *[signature]*
Charles Lee Thornton, Pro Se
351 Attucks St.
Kirkwood, Mo. 63122
(314) 486-6471

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon Jami L. Boyles of Lewis, Rice & Fingersh, L.C., 500 North Broadway, Suite 2000 St. Louis, Missouri 63102 by U.S. Mail, postage prepaid, on this 26th day of April, 2007.

*[signature]*

2