# LEWIS, RICE & FINGERSH, L.C.

ATTORNEYS AT LAW

500 N. BROADWAY, SUITE 2000
ST. LOUIS, MISSOURI 63102-2147
WWW.LEWISRICE.COM

TEL (314) 444-7600

FAX (314) 241-6056

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| CHARLES LEE THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:07CV0079-CDP |
| | ) |
| CITY OF KIRKWOOD, | ) |
| | ) |
| Defendant. | ) |

| TOTAL FEES & COSTS FOR CITY OF KIRKWOOD BILLING | |
|---|---|
| John M. Hessel | $ 4,128.00 |
| Jami L. Boyles | $ 9,373.00 |
| Morgan M. Taylor | $ 192.00 |
| Costs | $ 17.35 |
| TOTAL FEES AND COSTS | $ 13,710.35 |


Thornton v. City of Kirkwood    Doc. 25 Att. 6

Dockets.Justia.com

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | **REDACTED** | | |
| 03/07/2007 | 3000 | John M. Hessel | 0.90 | 216.00 | Conference with C. Thornton for purpose of preparing a joint scheduling plan | 015940.44446 | 2588799 |
| 03/08/2007 | 3000 | John M. Hessel | 0.40 | 96.00 | Telephone conference with C. Thornton re scheduling plan and conference with clerk of court re same | 015940.44446 | 2590340 |
| 03/15/2007 | 3000 | John M. Hessel | 1.20 | 288.00 | Review pleadings filed by C. Thornton; work on memorandum in opposition and motion for sanctions; draft memorandum to client re same | 015940.44446 | 2593129 |
| 03/15/2007 | 0860 | Jami L. Boyles | 1.20 | 288.00 | Review motion for leave to amend complaint; draft response re same | 015940.44446 | 2593436 |
| 03/16/2007 | 0860 | Jami L. Boyles | 1.80 | 432.00 | Review motion for leave to amend complaint; draft response re same; draft Rule 11 correspondence to C. Thornton | 015940.44446 | 2593437 |
| 03/19/2007 | 0860 | Jami L. Boyles | 5.40 | 1,296.00 | Work on memorandum in opposition to motion for leave to amend; work on motion for Rule 11 sanctions and memorandum in support; research re same; work on J. Boyles declaration | 015940.44446 | 2595112 |
| 03/20/2007 | 0860 | Jami L. Boyles | 3.60 | 864.00 | Work on memorandum in opposition to motion for leave to amend; work on motion for Rule 11 sanctions and memorandum in support; research re same; work on J. Boyles declaration | 015940.44446 | 2595113 |
| 03/21/2007 | 0860 | Jami L. Boyles | 5.40 | 1,296.00 | Work on memorandum in opposition to motion for leave to amend; work on motion for Rule 11 sanctions and memorandum in support; research re same; work on J. Boyles declaration | 015940.44446 | 2595114 |
| 03/22/2007 | 0860 | Jami L. Boyles | 8.20 | 1,968.00 | Work on memorandum in opposition to motion for leave to amend; work on motion for Rule 11 sanctions and memorandum in support; research re same; work on J. Boyles declaration | 015940.44446 | 2596459 |
| 03/23/2007 | 0860 | Jami L. Boyles | 3.40 | 816.00 | Work on memorandum in opposition to motion for leave to amend; work on motion for Rule 11 sanctions and memorandum in support; research re same; work on J. Boyles declaration; telephone conference with S. Henson re same | 015940.44446 | 2596460 |
| 03/23/2007 | 3000 | John M. Hessel | 0.80 | 192.00 | Conference and work on reply to C. Thornton's motion to amend and motion for sanctions; review proposed scheduling plan and draft e-mail correspondence re same | 015940.44446 | 2596772 |
| 03/24/2007 | 3000 | John M. Hessel | 3.80 | 912.00 | Work on memorandum in opposition to amend, motion for sanctions and memorandum in support and affidavit in support | 015940.44446 | 2596771 |
| 03/26/2007 | 0860 | Jami L. Boyles | 5.90 | 1,416.00 | Conference re memorandum in opposition to motion for leave, declaration, motion for sanctions and memorandum in support of motion for sanctions; review and revise same; research re pro se complaints, statute of limitations and Section 1983 claims | 015940.44446 | 2598795 |

| Date | Initials | Name/Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 03/26/2007 | 3000 | John M. Hessel | 6.30 | 1,512.00 | Draft memorandum in opposition to plaintiff's motion for leave; research issues re first amendment rights; telephone conference with K. Henson re plaintiff's motion and related issues; redraft Rule 11 motion and memorandum in support; redraft affidavit in support of motion; prepare documents for filing | 015940.44446 | 2599156 |
| 03/26/2007 | 8222 | Morgan M. Taylor | 0.80 | 192.00 | Research re coherence standard of pro so pleadings | 015940.44446 | 2599987 |

**REDACTED**

| Date | Initials | Name/Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 03/29/2007 | 3000 | John M. Hessel | 0.70 | 168.00 | Prepare for hearing on motion to amend; telephone conference with K. Henson re same | 015940.44446 | 2600914 |
| 03/30/2007 | 3000 | John M. Hessel | 3.10 | 744.00 | Court appearance and argument of motion to amend; draft memorandum to City Council re same; telephone conference with city clerk re production of records to C. Thornton | 015940.44446 | 2600915 |
| 03/30/2007 | 0860 | Jami L. Boyles | 1.50 | 360.00 | Review file to prepare for scheduling | 015940.44446 | 2610942 |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | **REDACTED** | | |
| 04/20/2007 | 0860 | Jami L. Boyles | 0.80 | 196.00 | Review motion for rule 11 sanctions and memorandum in support | 015940.44446 | 2612918 |
| 04/22/2007 | 0860 | Jami L. Boyles | 1.80 | 441.00 | Work on motion for rule 11 sanctions and memorandum in support; work on reply in support of motion to compel; review C. Thornton objections to motion to compel | 015940.44446 | 2612919 |

Billed and Unbilled Recap Of Cost Detail - [015940.44446 - Charles Lee Thornton]  
Client:015940 - City of Kirkwood   4/23/2007 11:57:04 AM

Page

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/12/2007 | 3000 | John M. Hessel | FAX | 2.00 | 2.00 | 4.00 | Telecopier Service | 896610 |
| 04/17/2007 | 3000 | John M. Hessel | PHOTO | 89.00 | 0.15 | 13.35 | Photocopies - 4/6/07 - PES 89 pgs | 896285 |