UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| CHARLES LEE THORNTON, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:07CV0079-CDP |
| CITY OF KIRKWOOD, | ) ) ) | |
| Defendant. | ) ) | |

## PROPOSED ORDER

This matter is before the Court on Defendant's Motion for Rule 11 Sanctions. For the reasons set forth in Defendant's Motion for Rule 11 Sanctions and Memorandum in Support, this Court hereby GRANTS Defendant's Motion for Rule 11 Sanctions. This Court ORDERS Plaintiff to pay Defendant's attorneys' fees and costs in the amount of $13,710.35, an amount this Court finds to be reasonable in responding to Plaintiff's Motion for Leave to Amend Complaint and accompanying documents. This Court further Orders that this action be stayed for a period of thirty (30) days to allow Plaintiff adequate time to make the payment to Defendant, and provide this Court with proof of payment. Plaintiff's failure to make the payment required herein shall subject Plaintiff's pleadings to being stricken.

Dated:_____          _____
                                        Honorable Catherine D. Perry



1365570.2