RECEIVED

APR 26 2007

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Charles Lee Thornton, Plaintiff,

Cause No: 4:07CV79-CDP

Vs.

City of Kirkwood, Defendant.

Motion For Joinder Of Parties And Amend Complaint

Pursuant to Order in case 4:07CV79-CDP document #18 relating to all motion for joinder and amendments, Plaintiff proceed with his joinder of additional parties, and the amendment of complaint. A copy of the Amended Complaint is attached hereto. In support of this motion, Charles Lee Thornton also attach his memorandum in support.

Respectfully submitted,

By *[signature]*
Charles Lee Thornton, Pro Se
351 Attucks St.
Kirkwood Mo. 63122
(314) 486-6471

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon Jami L. Boyles of Lewis, Rice & Fingersh, L.C., 500 North Broadway. Suite 2000 St. Louis, Missouri 63102 by U.S. Mail, postage prepaid, on this 26th day of April, 2007.

*[signature]*