

APR 2 6 2007

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Charles Lee Thornton, Plaintiff,

Cause No: 4:07CV79 CDP

Vs.

City of Kirkwood, Defendant.

Memorandum In Support Of Plaintiff's Motion
For Joinder Of Parties And Amend Complaint

Charles Lee Thornton, (Plaintiff) pursuant to leave granted by this Court to submit joinders and Amendments in case 4:07CV79 CDP document #18, section I Scheduling Plan in subpart #2, do hereby submit support for the case. Petition attached hereto, and to respond to document #16 filed by Defendants. Plaintiff joinders the additional parties in the Amended Petition due to his original attempt to do so, and to thwart any attempt to circumvent the order of permanent injunction to not violate Plaintiff's First Amendment speech right, by defendants changing the Council Meeting Protocol to allow one or any combination of the joindered parties to object without grounds of law broken by Plaintiff's speech, as authority for any of the remaining joindered parties to violate Plaintiff's First Amendment speaking rights, or by allowing one or any combination of citizens to object without grounds of law broken giving any joinder party or combination thereof the authority to

1

violate Plaintiff while protected from violating the ordered injunction, by not being a directly named party thereto. The submitting by Plaintiff of the Petition For Permanent Injunction, ensures the Defendants' knowledge on the issues they must defend against, due to, this Court's order denying the Temporary Restraining Order-With and Without Notice issues. Plaintiff could add more support on these said principles, but he is in the belief that his intent on those issues are conveyed. On February 22, 2007 this Court Ordered Rule 16 Conference Setting and procedures pursuant to Civil Justice Reform Act Expense and Delay Reduction Plan and the Differentiated Case Management Program of the United States District Court of the Eastern District of Missouri. Plaintiff viewing the Order of Setting Rule 16 Conference, note portion #2 Meeting of Counsel wherein the ORDER INSTURCTS, without revealing the content of any offers or demands. Plaintiff is astonish that this portion is to form an Entrapment to persuade a law-abiding citizen acting pro se, to give the opposing side a way to demonize his person by twisting, leaving-out, to embellish some of the content offers and demands from such meeting, selfserving, and disregarding the ORDER to not reveal content of any offers or demands of this U.S. District Court of Eastern District of Missouri, the opposing side act as

2

though constructive contempt is normal and appropriate procedural conduct in the profession of litigating in your Court. Plaintiff ask that this Court take judicial notice of the constructive contempt of Court.

That support of Plaintiff's Petition and granting of requested injunction, is a taping of the proceeding had May 18, 2006 of City of Kirkwood Council Meeting with Public Comment session at the Public Hearing, which will be Submitted for Impeachment and Plaintiff's claim(s) credibility.

That support of Plaintiff's Petition, see 42 USC section 2000a-3(a); 2000a-2 (a)-(b) and (c); 2000a (a)-(b)(4)-(c)(4) and (d)(1)-(2) and (3); 1981; 1983; 1985(3); and, U.S. Constitution Amendment1.

WHEREFORE, Plaintiff, Charles Lee Thornton, respectfully requests that this Court grant its Memorandum in Support of Plaintiff's Motion For Joinder Of Parties And Amend Complaint.

Respectfully submitted,

Charles Lee Thornton, Pro Se
351 Attucks St.
Kirkwood, Mo. 63122

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon Jami L. Boyles of Lewis, Rice & Fingersh, L.C., 500 North Broadway, Suite 2000 St. Louis, Mo., 63102 by U.S. Mail postage prepaid, on this _26th_ Day of April, 2007.

3