RECEIVED
BY MAIL

MAY X 7 2007
U.S. DISTRICT COURT
EASTERN DISTRICT OF ...
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Charles Lee Thornton, Plaintiff,

Case No. 4:7CV79-CDP

Vs.

City Of Kirkwood, Defendant.

Plaintiff's Memorandum In Opposition To
Defendant's Motion For Rule 11 Sanctions

Plaintiff states:

When talking about Failure to Settle, Plaintiff was unprepared to go

forward on the issue under the Title-Failure to Settle. At no time was Failure

to Settle a claim, just a title to remind the Defendant of its opportunity to end

this matter, which was and is a 42 USC section 1983 claim, that related to

charged Kirkwood municipal ordinance that were proven to not only be

unwarranted, but had to be Malice in charging and pursuing prosecuting the

charges, as the judge agreed, yet in the attempts to get the Missouri Court

system to enforce the Federal statute 42 USC section 1983, ended with the

Missouri Supreme Court: Irwin M. Roitman, P.C. #28219 filed an incorrect

original Petition in many ways and then requested and received release from

his duty-03CC3926; amendment was made, the Judge would not enforce 42

USC section 1983-03CC3926; Plaintiff needed to file in Western District of

Missouri, United States District Court, to receive from the Missouri Supreme

Court the prepaid transcripts 4:04CV18; appealed 03CC3926 to Missouri

Supreme Court SC85949 and jurisdiction was questioned by the Missouri

Supreme Court Justice, transferred-ED84580; Instead of retransfer for lack of

jurisdiction of Court of Appeals, the appeals court proceeded and would not

enforce the Federal statute 42 USC section 1983-ED84580; and, then the

Missouri Supreme Court accepted the case from lack of jurisdiction of

Missouri Court of Appeals, yet would not enforce statute 42 USC section

1983-SC87494. Plaintiff in future will seek Federal court action of the said

1983 claim. Plaintiff was unprepared because he had no belief that Defendant

would DIRECT COMTEMPT of your Honor's order, by speaking on the

content of any offers or, demands to the Court that were had at the Meeting of

Counsel, (pg 2 Meetings of Counsel Order Setting Rule 16 Conference). If

any Rule 11 sanctions should be requested, they should be upon Defendant for

the Contempt of Court, because all the twisted affairs within Defendant's

Motion and Memorandum for sanctions are based on the act of Defendant

speaking on issues ordered not to speak upon, and adding misleading, untrue,

and incomplete statements, and representations, (within Defendant's

Motion for Rule 11 Sanctions and within Defendant's Memorandum In

Support of Motion For Rule 11 Sanctions). At no time has Plaintiff gone

beyond any of the set deadlines to act, as an attempt to prolong this case. Nor

has Plaintiff written or said any words to prolong the case. Nor has Plaintiff

performed any act to harass or cause needless cost, remember Plaintiff offered

Settlement and Defendant did not. Nor has Plaintiff pursued or filed any

frivolous pleadings or acted in bad faith.

When talking about the two Kirkwood charged municipal ordinance

Violations of Section 17-30 in cause numbers 06CR-4927 and 06CR-4926,

Defendant should have known since April 12th 2007 causes are on appeal

under ED89560, and that such issues were not and are not final Judgments.

When talking about the load of Kirkwood municipal ordinance violations

charged and then brought at one event, will be taken back to court upon the

separate event each were, and upon the factual evidence of merit as Plaintiff's

constitutional right of redress even if that means, seeking Federal Filing for

the jurisdictional redress and relief due under the laws (statutes and rules) that

apply, (see SC87157).

Plaintiff in good faith and pursuit of justice through U.S. Constitutional rights

and laws through the process he believes he is entitled for the relief

he believes he is entitled, against the City of Kirkwood and the Cohort.

The Federal court system has yet to fully hear, see and weigh the Factual

evidence and merit of the issue before the jurisdiction of the Court; and of the

other issue to be placed upon the federal court jurisdiction for process of

3

jurisprudence.

Plaintiff merely seeks complete process and proper enforcement of the laws that apply in the case under federal procedures. Plaintiff believes if Court allows case to go to completion by denying Defendants request, Plaintiff may be killed.

WHEREFORE, Plaintiff prays this Court will enter and dismiss all attempts (Defendant's Motion For Rule 11 sanctions) by defendant to avoid a full and complete hearing, seeing and weighing of the factual evidence in support of plaintiff claims as they apply to the case under jurisdiction of the Honorable Court for judicial decision.

Respectfully submitted

Charles Lee Thornton
351 Attucks St.
Kirkwood, Mo. 63122
Date: 5-2-07

4

## Verification

I, Charles Lee Thornton, Plaintiff in the above-entitled action, being first duly sworn, state that I have read and subscribed to the forgoing statements, and that the facts set forth therein are true and correct.

_Charles Lee Thornton_
Charles Lee Thornton

Subscribed and sworn to before me on ___5/2/07___

_Signature_
Signature and title

## Certification

I, Charles Lee Thornton state that a copy has been sent via U.S. mail postage prepaid to Jami L. Boyles of Lewis, Rice & Fingersh L.C. at 500 North Broadway Suite 2000, St. Louis, Missouri 63102.

_Charles Lee Thornton_
Charles Lee Thornton

This packaging is the property of the U.S. Postal Service ® and is provided solely for use in sending Priority Mail ®.
Misuse may be a violation of federal law.
© EP14F January 2006 USPS. ALL RIGHTS RESERVED.

PRIORITY MAIL
FLAT RATE ENVELOPE

U.S. POSTAGE
PAID
ST. PETERSBURG, FL
33711
MAY 02. 07
AMOUNT
$6.45
00059794-22

63102

0000

UNITED STATES POSTAL SERVICE

7007 0220 0002 7846 5123
PLEASE PRESS FIRMLY

PLEASE PRESS FIRMLY
7007 0220 0002 7846 5123

PLEASE PRESS FIRMLY

int Postage Online - Go to www.

PRIORITY
MAIL
STATES POSTAL SERVICE

www.usps.com

PRIORITY
MAIL
UNITED STATES POSTAL SERVICE

From:

www.usps.com

MAY 17

U.S.

From Charles Lee Thornton
351 Attucks ST.
Elkwood, Mo. 63102

TO Clerk office U.S. District Court
111 South 10th ST.
ST. Louis Mo. 63102

▲ Complete address information or place label here ▲

Label 228, February 2006

We Deliver.

COMPLETE ADDRESS AREA
Type or print return address and
addressee information

2 PAYMENT METHOD
Affix postage or meter strip to area
indicated in upper right hand corner.

3 ATTACH LABEL (Optional)
Remove label backing and
affix in designated location.

4 Bring your Priority Mail package to
a post office, present it to your letter