```
 1              IN THE UNITED STATES DISTRICT COURT
 2              FOR THE EASTERN DISTRICT OF MISSOURI
 3
 4
    CHARLES LEE THORNTON,
 5
              Plaintiff,
 6
         vs.                           No. 4:07-CV-79 CDP
 7
    THE CITY OF KIRKWOOD,
 8
              Defendant.
 9
    - - - - - - - - - - - - - - - - - - - - - - - - - - -
10
    PRESENT:   The Honorable Catherine D. Perry, Presiding
11
    ATTORNEY FOR PLAINTIFF:  Plaintiff appears pro se
12
    ATTORNEY FOR DEFENDANT:  John M. Hessel
13
14
15
16
17
18            Motion for Temporary Restraining Order
19                        January 18, 2007
20
21
22
23                        TERI HANOLD HOPWOOD
                       Registered Merit Reporter
24                    Thomas F. Eagleton Courthouse
                         111 South Tenth Street
25                     St. Louis, Missouri  63102
```

A

1          THE COURT: We're here in the case of Charles Lee
2    Thornton versus City of Kirkwood. This is case number
3    4:07-CV-79. Mr. Thornton is here representing himself, and
4    the City of Kirkwood is not represented. This case was just
5    filed not long ago, and Mr. Thornton is seeking a Temporary
6    Restraining Order without notice, and a preliminary and
7    permanent injunction. So Mr. Thornton, tell me what it is you
8    want this Court to do and why you think you're entitled to it.
9          MR. THORNTON: Yes, Your Honor, I would like for
10   this Court to allow me to speak at the City Council meetings.
11   There is protocol of a three-minute time limit to speak, and
12   it's an open mike, and you can say and address any issue that
13   you would like during this three-minute time session.
14         They have denied me this right to speak in the three
15   minutes by stopping me from speaking after three seconds of
16   speaking, and once after five seconds of speaking, not
17   allowing me to get into the detail or any part of my speech
18   which only lasts at the most three minutes.
19         I was handcuffed and physically, forcefully removed
20   from the City Council meetings, and in the paperwork that I
21   did not bring, but they had an article in a public -- in their
22   private meeting to try to have me banned from speaking at the
23   City Council meetings, but they said that would be a little
24   too harsh to ban me, ban me from coming to the meetings all
25   together, but they said that would be a little too harsh, so

 1  tonight, even if I say "jack ass" because I've been here now,
 2  but they meet twice a month, Your Honor, so that does not
 3  guarantee until another time is done that they are going to,
 4  you know, stop arresting me for just saying words because they
 5  don't allow me the time to even speak to even explain the
 6  words. I just believe that the Constitution is supposed to
 7  uphold my right to speak, and yes, no, I've never cursed them
 8  out. They might not like what I have to say. Well, that's
 9  understandable. I don't like what they have to say sometimes,
10  but I still want to have my opportunity to speak and be heard
11  based on the United States Constitution.
12          THE COURT: All right. Well, in order to receive a
13  Temporary Restraining Order from me, you would have to show
14  that you're likely to succeed on the merits of your case, that
15  you are threatened with immediate and irreparable harm, that
16  the harm to you outweighs any harm to the other side, and that
17  the public interest favors entering the injunction.
18          I conclude based on everything you've provided, and
19  although this was not sworn testimony, I'm considering it as
20  if it were evidence, that you have not shown either that
21  you're likely to succeed on the merits or that you are
22  threatened with irreparable harm, and I'm going to deny the
23  request for a Temporary Restraining Order.
24          I don't know -- I don't see any threat that you will
25  not be allowed to speak tonight, and I don't believe that

```
 1                    REPORTER'S CERTIFICATE
 2        I, TERI HANOLD HOPWOOD, RMR, Official Court Reporter
 3   for the United States District Court for the Eastern District
 4   of Missouri do hereby certify that the foregoing is a true and
 5   correct transcript of the proceedings had in this cause as
 6   same appears from my stenotype notes made personally during
 7   the progress of said proceedings.
 8
 9                    /S/ Teri Hanold Hopwood, RMR
10                    TERI HANOLD HOPWOOD, RMR
11                    Official Court Reporter
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```