UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES THORNTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV79 CDP |
| | ) | |
| CITY OF KIRKWOOD, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MEMORANDUM AND ORDER</u>

This matter is before me on a variety of motions. Plaintiff seeks leave to amend his complaint and join additional parties. I have already denied plaintiff leave to amend his complaint to assert these claims and join these parties during the Rule 16 conference held on the record on May 8, 2007. Nothing in plaintiff's written motions has convinced me that my original decision to deny leave to amend was in error, so I am again denying plaintiff's motion to amend, motions for joinder, and motion for permanent injunction (which is really another attempt to amend the complaint) for the reasons previously stated on the record.

After careful consideration, I am also denying defendant's motion for Rule 11 sanctions. However, plaintiff is reminded of his obligation to follow the Federal and Local Rules of Civil Procedure and is cautioned against including "immaterial, impertinent, or scandalous matter(s)" in future filings with this Court. <u>See</u> Fed. R. Civ.

P. 12(f).

Finally, I am granting defendant's motion to compel. Plaintiff is required to provide his initial disclosures in the manner required by the Federal Rules of Civil Procedure, and simply referring defendant to his pleadings in this case does not comply with my case management order or Rule 26 of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for joinder [#19], motion to amend/correct complaint [#19], motion for permanent injunction [#20], and motion for joinder [#27] are denied.

**IT IS FURTHER ORDERED** that defendant's motion for sanctions under Rule 11 [#25] is denied.

**IT IS FURTHER ORDERED** that defendant's motion to compel [#21] is granted, and plaintiff shall provide his initial disclosures in compliance with the case management order and Rule 26 of the Federal Rules of Civil Procedure by no later than **June 29, 2007. Plaintiff's failure to comply with this Order may result in the imposition of sanctions, which could include dismissal of the complaint.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of June, 2007.