1       THE COURT: An individual, okay. From
2  the audience. It's not identifying the speakers which is
3  our other problem.
4       MR. THORNTON: Correct.
5       (Playing the tape: [Inaudible]. Charles Lee
6       Thornton, 351 Attucks, St. Louis, Missouri, 63122.
7       I have two comments and then I had a quick
8       question. My comment is: Is this the Negro
9  version and is there a white man's version?
10 Because every time someone white comes up people
11 something different than the protocol you stated on
12 here. So first could you answer that please for
13 me? So -- so is there a protocol that you follow
14 here or is it just a jackass standard? [Inaudible]
15      In reference to the addition of building will
16      there be any excavation.
17      [Inaudible] actually quite a bit of --)
18 (End of Court tape 38-07-02)
19 (Court tape 38-07-03)
20 (Playing council tape: Actually a bit of influence
21 because now the driver [inaudible].
22      Was that -- was that --.
23      There will be very little excavation
24 [inaudible].
25      Are you aware that in Kirkwood with the

1  jackass, plantation mentally that they have here,
2  you can be fined for having a permit, legally
3  within your rights to do excavation, and be
4  arrested, handcuffed and removed from the job in
5  Kirkwood?
6      That's not true.
7      Well, it's true, but that's -- then the last
8  thing is.  Mayor, I have no problem with you
9  sitting there looking stupid, but when you -- when
10 you -- when you -- when you open your mouth and
11 stop me from explaining --
12     Do you have a question for this applicant?
13     [Inaudible].
14     You are not allowing me to speak how can I --
15 how can I --
16     Do you have a question for this applicant?
17 When we are in a plantation mentality, City of
18 Kirkwood, with a jackass --
19     Do you have a question for this applicant?
20     If you would let me finish I would like to ask
21 the question.
22     Ask your question.
23     If you let me finish I would like to ask the
24 question.
25     I want you to ask your appropriate question.

```
 1              This is a public hearing you cannot -- I gave
 2         you a list of words that I can use that --
 3              Ask you question.
 4              -- I'm trying to use the words.
 5              Ask your question.
 6              If you have a problem using the words then I
 7         don't have to use them.  The question is --
 8              That's enough.  You're done.  I asked you to
 9         ask a question.  You refused, sir.  Are there any
10         more questions for this applicant?
11              Are there any more applicants -- are there any
12         more --
13              I have not -- I have not completed my
14         question.)
15         (Stopping tape)
16                   THE COURT:  You can have a seat back
17    there.
18         You pay proceed.
19    Q.   (By Mr. Thornton)  Based on the statements you made
20    earlier, was I given ample time for an opening statement
21    that exposed racist, plantation mentality in the City of
22    Kirkwood, to complete my question that I asked, that I
23    wanted to ask?
24                   MS. BARTH:  Your Honor, I'm going to
25    object, he hasn't identified the statement earlier that
```

1     Q.    And how long have you been familiar with
2 Mr. Thornton?
3     A.    Probably five of the last seven or so years.
4     Q.    Okay. And were there two public hearings during
5 the city council meeting on May 18th?
6     A.    Yes.
7     Q.    And can you explain what happened during the second
8 public council meeting -- I mean, second public hearing
9 meeting?
10    A.    During the second public hearing, the hearing
11 took -- the petitioner's made their petition and did their
12 presentation. And then the floor was opened up to public
13 comments at which point Mr. Thornton said he would like to
14 make public comments.
15    Q.    And did he make public comments?
16    A.    As he stood up to start speaking he began talking
17 about the plantation mentality of the City of Kirkwood, and
18 the corruption of the city council and the mayor's
19 jackass-like qualities.
20    Q.    And at some point did the mayor ask for you to
21 speak with Mr. Thornton?
22    A.    Correct. Mr. Thornton, he said the plantation
23 mentality one time -- and all that one time. The second
24 time the mayor asked him to ask the petitioner a question.
25 The petitioner -- Mr. Thornton began again with the

plantation mentality and the corruption of the city
council, and jackass-like qualities of the mayor.

And the mayor asked a second time would you please
ask the petitioner your question. At which point a third
time Mr. Thornton started in on the jackass qualities, the
corruption of the city council, and the plantation
mentality.

And the mayor asked him a third time to get to the
point, and when it didn't start, he motioned to me to
intervene.

Q. And at that point you approached Mr. Thornton?

A. At that point I approached Mr. Thornton and asked
him -- and asked him -- and explained to him that I was
going to remove him from the council chambers.

Q. Okay. At this point was he under arrest?

A. At this point he was not.

Q. Okay. What happened after you approached
Mr. Thornton?

A. Mr. Thornton nearly immediately took a position of
passive resistance by sitting down in the center floor of
the council chambers.

Q. And can you explain in what position he was lying
down?

A. He -- at that point he wasn't lying down, he sat
down facing -- facing the council, if I remember correctly.

1  sat down on his rear, on his rear end, with his feet in
2  front of him and put his hand back on the floor kind of
3  partially stand -- partially up right.
4      Q.  And then what happened?
5      A.  I explained to Mr. Thornton that he was going to
6  have -- I was going to have to place handcuffs on him to
7  remove him from the council chambers. At which point he
8  immediately laid down on his back.
9      Q.  And did you ask him to stand up?
10     A.  I asked him to -- first asked him to stand up and
11 leave the council chambers. When he did not he went ahead
12 and laid down on his back.
13     Q.  Okay. And then what happened?
14     A.  When he laid down on his back, I sat down next to
15 him, asked him one more time to get up and leave. When he
16 did not, I put one leg on either side of his head -- I
17 kneeled down above him, put one knee on either side of his
18 head, and began exerting pressure with my -- pressure on
19 his mandibular angle pressure -- mandibular angle head
20 pressure point with the tip of my thumb. All the while
21 asking, telling him, giving him the commands to roll over
22 and put your hands behind your back.
23         Approximately three times, if I remember correctly,
24 three times he rolled completely over to face me again.
25 And after the third time I realized I was getting nowhere

| | |
|---|---|
| 1 | THE WITNESS: Just wait out -- |
| 2 | MS. BARTH: Yes. Thank you. |
| 3 | THE COURT: Anything else on the behalf |
| 4 | of the City? |
| 5 | MS. BARTH: The City has nothing further. |
| 6 | THE COURT: City rests? |
| 7 | MS. BARTH: Yes. |
| 8 | THE COURT: Mr. Thornton? |
| 9 | MR. THORNTON: Yes, Your Honor. |
| 10 | THE COURT: Are you going to testify |
| 11 | yourself? |
| 12 | MR. THORNTON: Yes. |
| 13 | THE COURT: If you'll raise your right |
| 14 | hand please? |
| 15 | **CHARLIE THORNTON**, having been duly sworn, |
| 16 | testify as follows: |
| 17 | THE COURT: If you would do it where you |
| 18 | stand because we're recording this proceedings. You can |
| 19 | testify in the narrative. |
| 20 | You may proceed. |
| 21 | MR. THORNTON: This is Charles Lee |
| 22 | Thornton, 351 Attucks, St. Louis, Missouri, 63122. |
| 23 | During the public hearing session I was asked to |
| 24 | come up and speak, and therefore I did. I have the |
| 25 | questions that I previously asked in reference to the |

1  protocol because it's hard for me to follow a protocol or
2  list, if I have a problem understanding it. And if they
3  refuse to give me clarification.
4      The mayor refused by stating that he would not
5  answer and give me any assistance in the protocol that they
6  wrote, which in itself takes time, if I went onto my other
7  question.
8      Because of the city's constant harassment, bogus
9  tickets, document fraud and perjury, the reason I was at
10 the meetings was to discuss with them on those issues.
11     However, when an issue comes up pertaining to the
12 parking lot, which is the latest hearing and I made the
13 statement if asphalt was going to be used, and I based it
14 on the tickets that I had received that if they use asphalt
15 equipment they could be ticketed with even having a permit.
16 And the mayor stopped me and said that isn't true.
17     Well, that in itself is false because that's -- the
18 tape clearly show that's what he did, along with attorney
19 Hessel.
20     And the other public hearing when I made this
21 statement that I had a opening statement and they even on
22 the tape clearly states that you can make a question or
23 comment. Now, during a public hearing when there is no
24 time limit I believe that I had at least five seconds at
25 least to make a opening statement before I asked the

1  question. And each time I started to make the statement
2  the mayor interrupted me.
3  	Therefore, stopping me before I can even ask the
4  question following the five-second explanation, or even
5  statement before my statement because based on the racist
6  plantation mentality of the City of Kirkwood with the
7  management qualities of a jackass, then I went directly
8  into my question, but I was not allowed to go into that
9  question because the mayor stopped me.
10  	And I asked the mayor, even on the tape, if he
11  would allow me to finish I would be able to ask the
12  question. Which then he stopped me from even asking my
13  question and leave the room.
14  	During the time that they asked me to remove myself
15  I said that my time wasn't up, I had not asked my group of
16  questions, or allowed to make the comment. And so
17  therefore I was denied my First Amendment Rights to speak
18  free speech, and not allowed to speak during this public
19  hearing meeting, using words which I clearly asked them if
20  they had a problem with to let me know and I would not use
21  them.
22  	And that was even said -- stated in the -- in the
23  tape. They refused to even acknowledge words that I can't
24  use with the explanation that the mayor stated that he
25  didn't have a definition of it, how it's applied.

1          So, Your Honor, I -- I only attempted to do what my
2   constitutional rights allows me to do, speak during public
3   hearing meetings, using words that are found in the
4   dictionary, in the Bible, giving a definition of the word
5   so they wouldn't be misconstrued, and about anyone or even
6   the mayor that has no definition of his own of a word.
7          Therefore, my Exhibit 1 was issued to the mayor
8   also issued to Mike Brown who sits on with the city
9   council, and every individual, the city attorney John
10  Hessel and city council because during my presentation I
11  wanted them to respond to this. They refused to
12  acknowledge it.
13         The mayor even said, he stated that he didn't even
14  kind of remember it even, and the reason for me passing it
15  out so that it would be understood that the words I'm
16  trying to use would be guaranteed in my constitutional
17  rights. And if they had a problem with it to acknowledge
18  it to me, and that I would not use them. But they chose
19  not to.
20         Therefore, I believe I was wrongly arrested. Thank
21  you, Your Honor.
22                    THE COURT: Cross?
23                    CROSS-EXAMINATION
24  BY MS. BARTH:
25      Q.   Mr. Thornton, have you appealed adverse rulings

1 against you to the circuit court?
2 A. Oh, I've been issued over a hundred so tickets, so,
3 yes, I've appealed almost all of them.
4 Q. How many of them are you found guilty of in the
5 circuit court?
6 A. In the circuit court, it changes often because when
7 I appealed them, the City of Kirkwood (inaudible) thirty
8 percent of the bogus tickets, so the ones that were left
9 maybe, maybe a hundred.
10 Q. And did you appeal the adverse ruling in the
11 circuit court to the court of appeals?
12 A. Yes, I did.
13 Q. And were those rulings upheld?
14 A. Yes, I was denied.
15 Q. Did you appeal to the Missouri Supreme Court?
16 A. Yes, I did.
17 Q. And were you victorious in the supreme court?
18 A. I was denied.
19 Q. Okay. Have you sued the City of Kirkwood civilly
20 for malicious prosecution?
21 A. Yes, I have.
22 Q. And what was the ruling on that lawsuit?
23 A. I believe I was denied.
24 Q. Okay. Did you appeal that ruling?
25 A. No, this is when it gets a little tricky. I

```
 1   believe if I haven't I'm going to.  So I do not recall
 2   right now.
 3        Q.   I think you might be out of time to appeal that.
 4        A.   Thanks for your legal advice.
 5        Q.   How many times have you sued the City of Kirkwood,
 6   do you remember?
 7        A.   No, I do not recall.
 8        Q.   Would you say several?
 9        A.   Several -- well, now are you pertaining to me
10   filing a -- to have it re-heard?
11        Q.   I will rephrase the question.  How many times as
12   you, as plaintiff, have you sued the City of Kirkwood?
13        A.   I'm going to have to guess, maybe three or four.
14        Q.   Have you ever been victorious in any of those
15   lawsuits?
16        A.   Yes.  I had decision of Crancer overturned as far
17   as -- yes, overturned -- well, she overturn it, she made a
18   different ruling.
19        Q.   Was that as the City of Kirkwood as the Plaintiff
20   or you as the Plaintiff?  Do you not recall all your
21   lawsuits, Mr. Thornton?
22        A.   I don't have them in front of me, the Kirkwood --
23   the City of Kirkwood has issued so many bogus tickets I do
24   not -- I need to have them in front of me to remember them
25   all.
```

1    were calling the city council and the mayor names at the
2    city council meeting?
3         A.   I believe I was arrested in an attempt to silence
4    me from speaking on the issues.
5         Q.   Okay.  Do you believe that you were arrested
6    because you sat down in the middle of city council
7    chambers?
8         A.   The sitting down -- the sitting of me in the middle
9    of the city council chambers during the public hearing
10   meeting, which I was denied my opportunity to speak was
11   just the aftermath of what actually is involved.
12            The root of the issue is the tickets and not
13   allowing me to speak to.  So the arresting part was just in
14   my opinion a way to add onto the bogus tickets that the
15   City of Kirkwood has to discredit me.
16        Q.   Mr. Thornton, have you -- have you attended and
17   spoke at council meetings regularly for the past five to
18   seven years?
19        A.   Well, since I received tickets in 2000, in 2001, I
20   didn't have the court hearings until 2002, 2003, I didn't
21   start going to the city council meetings until 2000 --
22   after I even got the -- most of the judgments.  So the most
23   it can be is 2002, 2003.  This is just end of 2005.  So it
24   can't be more than three to four years at the most that I
25   can possibly be attending the meetings.

1  disorderly conduct. And the City would ask the Mr.
2  Thornton be found guilty of disorderly conduct and be
3  sentenced to jail time.
4      THE COURT: Opening, Mr. Thornton?
5      MR. THORNTON: Yes, thank you, Your
6  Honor.

7           DEFENDANT'S OPENING STATEMENT
8      MR. THORNTON: Your Honor, what you will
9  hear is myself being called to speak and stating jackass,
10 jackass, jackass only in an attempt to display and explain
11 to the city and others of the issue. But before it can be
12 done, the evidence will show, that I was denied my rights
13 of free speech based on saying words which the evidence
14 will show that the mayor has no definition of.
15     And because of this I ask that the Court dismiss
16 this, Your Honor.
17     THE COURT: Okay. You may call your
18 first witness. We can go off the record for a minute while
19 they're waiting, getting witnesses.
20     We're back on the record, 06CR-4926. Sir, if you
21 come forward, raise your right hand, my court clerk will
22 swear you in.
23     MICHAEL SWOBODA, having been duly sworn,
24 testified as follows:
25     THE COURT: Mr. Swoboda, there is a

1  stipulation by the parties we don't need to go into all the
2  background information that we did in the prior case.
3  You'll be asked merely about the incident of June 15, 2006;
4  my understanding is.
5      If you'll have the same seat in that witness chair.
6  And again that previous testimony by witnesses in the prior
7  case we're stipulating can be used in this case for any and
8  all purposes necessary.
9              MS. BARTH: I don't need to go through
10 his background and the City of Kirkwood --
11             THE COURT: Correct, that's the
12 stipulation, all the background information including -- I
13 would identify him for the record who's speaking.
14             MS. BARTH: Right.
15             THE COURT: But all the background
16 information will stand as if testified to in this case by
17 agreement.
18             MS. BARTH: Okay.
19             **DIRECT EXAMINATION**
20 BY MS. BARTH:
21     Q.  Will you please state your name for the record?
22     A.  Mike Swoboda.
23     Q.  And you're the Mayor of Kirkwood; correct?
24     A.  Yes, I am.
25     Q.  Do you recall the events that occurred at the June