# Certification

      I, Betty Montaño, City Clerk of the City of Kirkwood, Missouri, do certify the attached to be a true and correct copy of the conviction of Charlie Lee Thornton in the matter of City of Kirkwood vs. Charlie Lee Thornton dated September 26, 2006, Cause No. N006837313-1 and signed by Judge Stephen Smith.

      GIVEN, under my hand and the seal of the City of Kirkwood, Missouri this 21st day of March 2007.

*[signature: Betty Montaño]*

Betty Montaño, CMC/MRCC
City Clerk

Exh. C

Dockets.Justia.com

In the
# CIRCUIT COURT
of St. Louis County, Missouri

CITY OF KIRKWOOD
Plaintiff(s)/Petitioner(s)

vs.

CHARLIE LEE THORTON
Defendant(s)/Respondent(s)

September 26, 2006
Date

N006837313-1
Cause No.

KIRKWOOD MUNI.
Division No.

For file stamp only

## JUDGMENT AND SENTENCE

This cause having regularly come before the Court for trial on July 25, 2006, the parties appear, evidence and testimony adduced and cause is taken under submission.

The Court finds the defendant guilty as charged.

Defendant is sentenced to pay a fine of $250.00 and is sentenced to a period of incarceration of two (2) days to be served in the Kirkwood Municipal Jail. Execution of the incarceration portion of said sentence is hereby suspended and Defendant is placed on unsupervised probation for a period of two (2) years from the date of this Judgment subject to Defendant's attendance of any probation revocation hearing(s) and subject to the following additional special conditions, to-wit:

1) Defendant shall have no similar violations within the probationary period; and,
2) Defendant shall have no Non-traffic guilty pleas nor convictions within the probationary period; and,
3) Defendant shall timely pay all fines and costs assessed herein by the date of October 24, 2006.

Court costs of $24.50 are assessed for a total due the Court of $274.50 which sum is to be paid on or before October 24, 2006.

Cause set on October 24, 2006 payment docket if not paid by that date.

SO ORDERED

Judge Stephen Smith

# Certification

    I, Betty Montaño, City Clerk of the City of Kirkwood, Missouri, do certify the attached to be a true and correct copy of the conviction of Charlie Lee Thornton in the matter of City of Kirkwood vs. Charlie Lee Thornton dated September 26, 2006, Cause No. N006838279-3 and signed by Judge Stephen Smith.

    GIVEN, under my hand and the seal of the City of Kirkwood, Missouri this 21st day of March 2007.

*Betty Montaño*
Betty Montaño, CMC/MRCC
City Clerk

In the
# CIRCUIT COURT
of St. Louis County, Missouri

RECEIVED
SEP 27 2006
KIRKWOOD MUNICIPAL COURT

CITY OF KIRKWOOD
Plaintiff(s)/Petitioner(s)

vs.

CHARLIE LEE THORTON
Defendant(s)/Respondent(s)

September 26, 2006
Date

N006838279-3
Cause No.

KIRKWOOD MUNI.
Division No.

## JUDGMENT AND SENTENCE

This cause having regularly come before the Court for trial on September 26, 2006, the parties appear, evidence and testimony adduced.

The Court finds the defendant guilty as charged.

Defendant is sentenced to pay a fine of $500.00 and is sentenced to a period of incarceration of two (2) days to be served in the Kirkwood Municipal Jail. Execution of the incarceration portion of said sentence is hereby suspended and Defendant is placed on unsupervised probation for a period of two (2) years from the date of this Judgment subject to Defendant's attendance of any probation revocation hearing(s) and subject to the following additional special conditions, to-wit:

1) Defendant shall have no similar violations within the probationary period; and,
2) Defendant shall have no Non-traffic guilty pleas nor convictions within the probationary period; and,
3) Defendant shall timely pay all fines and costs assessed herein by the date of November 28, 2006.

Court costs of $24.50 are assessed for a total due the Court of $524.50 which sum is to be paid on or before November 28, 2006.

Cause set on November 28, 2006 payment docket if not paid by that date.

SO ORDERED

_Judge Stephen Smith_
Judge Stephen Smith

cc: Defendant
cc: Prosecuting Atty