IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | |
|---|---|
| CITY OF KIRKWOOD, <br> Plaintiff <br><br> vs. <br><br> CHARLES THORNTON, <br> Defendant. | FILED <br> March 15, 2007 <br> MAR 15 2007 <br> Cause No. 06CR-4926 <br> 06CR-4927 JOAN M. GILMER <br> CIRCUIT CLERK, ST. LOUIS COUNTY <br><br> Division 38 |

## JUDGMENT

The above cause was called for trial and heard. CITY OF KIRKWOOD appeared by Prosecuting Attorney Brandy Barth. Defendant CHARLES THORNTON appeared in person, *pro se*. Defendant waived trial by jury and the assistance of counsel. Evidence and testimony adduced to a conclusion and cause submitted.

The Court finds the testimony of Kirkwood Chief Administrative Officer, Kirkwood Mayor Mike Swoboda, and Peace Officer Thomas Ballman credible. The Court finds credible evidence that on May 18, 2006 Defendant, within the corporate limits of the City of Kirkwood, disturbed the peace by his disorderly conduct at the City Council meeting.

The Court finds, beyond a reasonable doubt, that the Defendant is guilty of violating Section 17-30 of the City of Kirkwood Code of Ordinances by his conduct on May 18, 2006.

The Court further finds that on June 15, 2006 Defendant, within the corporate limits of the City of Kirkwood, disturbed the peace by his disorderly conduct at the City Council meeting.

The Court finds, beyond a reasonable doubt, that the Defendant is guilty of violating Section 17-30 of the City of Kirkwood Code of Ordinances by his conduct on June 15, 2006.

The penalty for said violation is set forth in Section 1-8 of the City of Kirkwood Code of Ordinances, and the range of punishment for each


Exh. D

violation is a fine not less than $5.00 and not more than $1,000.00, or by imprisonment for a period not exceeding six (6) months.

The Court adjudges the penalty for Defendant's violation of Section 17-30 in Cause No. 06CR-4927 at a fine of $1,000.00 and the penalty for Defendant's violation of Section 17-30 in Cause No. 06CR-4926 at a fine of $1,000.00, for a total aggregate amount of $2,000.00 which shall be the judgment and sentence of this Court.

Defendant is ordered to pay Court costs.

**SO ORDERED:**

_____　　　　　Entered: 3-15-07
Judge Ellen Levy Siwak

cc:　Brandy Barth, Prosecuting Attorney for City of Kirkwood
　　 Charles Thornton, Defendant

Cause Nos. 06CR-4926 & 06CR-4927