THE City of Kirkwood's mayor is A "LIAR"

LEWIS, RICE & FINGERSH'S ATTORNEY JOHN HESSEL IS A "LIAR"

TWO LIARS makes ONE "COVER-UP"

Thornton v. City of Kirkwood
Dockets.Justia.com

Ex. 1

