UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES THORNTON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:07CV79 CDP |
| CITY OF KIRKWOOD, | ) ) ) |
| Defendant. | ) ) |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that defendant shall have summary judgment on plaintiff's complaint, and plaintiff's complaint is dismissed with prejudice. Plaintiff shall bear all taxable costs of this action.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of January, 2008.